UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05577 SVW | Date | July 8, 2011 |
|---|---|---|---|
| Title | In re Meruelo Maddux Properties Inc., et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Appellants' Emergency Motion for Stay Pending Appeal [1]; Ex Parte Application for a Temporary Stay Pending a Ruling on the Emergency Motion for Stay Pending Appeal [3]

Appellants' Emergency Motion for Stay Pending Appeal is DENIED. Appellants' accompanying Ex Parte Application is DENIED AS MOOT. Order to follow.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |